**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
                    *Plaintiff-Appellee,*

v.

JESUS BAUTISTA-RODRIGUEZ, a/k/a
Jose Antonio C. Patino, a/k/a Jose
Antonio Patino-Cervantes,
                    *Defendant-Appellant.*

No. 02-4163

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
Frank W. Bullock, Jr., District Judge.
(CR-01-261)

Submitted: July 25, 2002

Decided: August 5, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Danny T. Ferguson, Winston-Salem, North Carolina, for Appellant.
Anna Mills Wagoner, United States Attorney, Arnold L. Husser,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Jesus Bautista-Rodriguez appeals from his conviction and fifty-one-month sentence imposed following his guilty plea to the offense of unlawful reentry into the United States by a deported alien felon. 8 U.S.C.A. § 1326(a), (b)(2) (West 1999). Bautista-Rodriguez's counsel filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967), stating that there were no meritorious issues for appeal, but addressing the possibility that the guilty plea was not knowingly and voluntarily entered. Bautista-Rodriguez was informed of his right to file a pro se brief, but has not done so. Because our review of the record discloses no reversible error, we affirm Bautista-Rodriguez's conviction and sentence.

We find that Bautista-Rodriguez's guilty plea was knowingly and voluntarily entered after a thorough hearing pursuant to Fed. R. Crim. P. 11. Bautista-Rodriguez was properly advised as to his rights, the offense charged, and the maximum sentence for the offense. The court also determined that there was an independent factual basis for the plea and that the plea was not coerced or influenced by any promises. *See North Carolina v. Alford*, 400 U.S. 25, 31 (1970); *United States v. DeFusco*, 949 F.2d 114, 119-20 (4th Cir. 1991).

We also find that the district court properly computed Bautista-Rodriguez's offense level and criminal history category and correctly determined the applicable guideline range of forty-one to fifty-one months. The court's imposition of a sentence within the properly calculated range is not reviewable. *United States v. Jones*, 18 F.3d 1145, 1151 (4th Cir. 1994).

As required by *Anders*, we have reviewed the entire record and have found no meritorious issues for appeal. We therefore affirm Bautista-Rodriguez's conviction and sentence. This court requires that

counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*